1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA A. MELACON,                          No. C 11-5225 MMC

       Plaintiff,                       **ORDER OF REFERENCE TO**
                             **MAGISTRATE JUDGE UPON CONSENT**

  v.

MICHAEL J. ASTRUE,

       Defendant.
_____/

     All parties having consented to assignment of the above-titled matter to a United

States Magistrate Judge, IT IS HEREBY ORDERED that the case is referred to a

Magistrate Judge for all further proceedings and entry of judgment.  Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

See 28 U.S.C. § 636(c).

     **IT IS SO ORDERED.**

Dated: November 28, 2011

                                          MAXINE M. CHESNEY
                                          United States District Judge